# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 14−11898−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph J. Bonadio II                              Maria Bonadio
   13 Kyle Drive                                       13 Kyle Drive
   Phillipsburg, NJ 08865                      Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−0406                                     xxx−xx−9625

Employer's Tax I.D. No.:

---

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On February 4, 2014 a NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES and NOTICE OF HEARING ON CONFIRMATION OF PLAN was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
Last Digit of Joint Debtor's Social Security Number:
3

Corrected to state:
Last Digit of Joint Debtor's Social Security Number:
5

     The amendment of this notice does not affect deadlines that have been previously set.


Dated: February 6, 2014
JJW: llb

                                                                      James J. Waldron
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joseph J. Bonadio, II
Maria Bonadio
    Debtors

Case No. 14-11898-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: lbrakel     Page 1 of 1     Date Rcvd: Feb 06, 2014
                 Form ID: 196       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2014.
```
db/jdb        +Joseph J. Bonadio, II,   Maria Bonadio,   13 Kyle Drive,   Phillipsburg, NJ 08865-7309
514507269     +Chase,   P.O. Box 15548,   Wilmington, DE 19886-5548
514507270     +Hyundai Finance,   Bankruptcy Dept,   POB 20809,   Fountain Valley, CA 92728-0809
514507271     +PC Richards/GE Cap Ban,    k Bankruptcy Dept,   POB 103106,   Roswell, GA 30076-9106
514507272    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial,   P.O. Box 8026,   Cedar Rapids, IA 52408)
514507273     +Weichert Financial,   Attn: Powers Kirn,   728 Marne Hwy, Ste.,   200 Moorestown, NJ 08057-3128
514507274     +World's Formost Bank Cabelas,   Attn: JC Christensen,   POB 519,   Sauk Rapids, MN 56379-0519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: leah.bynon@usdoj.gov Feb 06 2014 22:16:41     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2014 22:16:39     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2014 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Christopher J. Kern    on behalf of Debtor Joseph J. Bonadio, II cjkernlaw@comcast.net
              Christopher J. Kern    on behalf of Joint Debtor Maria  Bonadio cjkernlaw@comcast.net
              William M.E. Powers, III    on behalf of Creditor    Weichert Financial Services ecf@powerskirn.com
                                                                                              TOTAL: 4
```